APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Global Printing Equipment, Inc.    :
                                   :
       V.                          :          Civil Action
                                   :          No: _____
Knights Complete Printing          :
Solutions, Inc.                    :

### DISCLOSURE STATEMENT FORM

Please check one box:

☒    The nongovernmental corporate party, Global Printing Equipment, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_12/21/07_                    _____
Date                                   Signature

         Counsel for:  Global Printing Equipment, Inc.


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

(1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2)    promptly file a supplemental statement upon any change in the information that the statement requires.