# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Pennsylvania

Case Number: 07 5385

Plaintiff:
**Global Printing Equipment, Inc.**

vs.

Defendant:
**Knights Complete Printing Solutions, Inc.**

For:
Hill Wallack LLP
777 Township Line Road
Suite 250
Yardley, PA 19067-9248

Received by Front Range Legal Process Service, Inc. to be served on **Knights Complete Printing Solutions, Inc R/A, Donald J. Knight, 12729 Beaver Den Trail, Homer Glen, IL 60491**.

I, Sean Reilly, being duly sworn, depose and say that on the **20th day of February, 2008 at 8:15 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons & Complaint** with the date and hour of service endorsed thereon by me, to: **Sharon Knight** as Authorized for **Knights Complete Printing Solutions, Inc**, at the address of: **12729 Beaver Den Trail, Homer Glen, IL 60491**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 47, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 140, Hair: Blonde, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 21st day of February, 2008 by the affiant who is personally known to me.

_Rebecca M. Rusch_
Notary public

OFFICIAL SEAL
REBECCA M. RUSCH
Notary Public - State of Illinois
My Commission Expires Aug 26, 2011

Sean Reilly
Process Server

Front Range Legal Process Service, Inc.
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2008000943

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f