UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLOBAL PRINTING EQUIPMENT, INC., | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 2:07-CV-05385 (TON) |
| KNIGHTS COMPLETE PRINTING SOLUTIONS, INC., | : |
| Defendant. | : |

### ENTRY OF APPEARANCE

Kindly enter our appearance as attorneys for defendant Knights Complete Printing Solutions, Inc.

                          ECKERT SEAMANS CHERIN
                              &MELLOTT, LLC

By:  _____
                           Albert G. Bixler
                           Attorney I. D. No. 45639
                           Two Liberty Place
                           50 South 16th Street, 22nd Floor
                           (215) 851-8400
                           Attorneys for Defendant
                           Knights Complete Printing Solutions, Inc.

Dated: March 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served on plaintiff's counsel on March 11, 2008, by first-class mail at the address below:

Jeffrey G. DiAmico, Esquire
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA  19067

_____
Albert G. Bixler

MO640926