UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLOBAL PRINTING EQUIPMENT, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> KNIGHTS COMPLETE PRINTING : <br> SOLUTIONS, INC., : <br> : <br> Defendant. : | CIVIL ACTION <br><br> NO. 2:07-CV-05385 (TON) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, KNIGHTS COMPLETE PRINTING SOLUTIONS, INC., by and through its attorneys, ECKERT SEAMANS CHERIN & MELLOTT, LLC, respectfully requests the Court to enter an Order extending the time for Defendant to Answer or otherwise plead to the Plaintiff's complaint. In support of its motion, Defendant states as follows:

1. According to the docket entries in this case, plaintiff filed its Complaint on or about December 21, 2007.

2. Defendant was served with the Complaint on February 20, 2008.

3. Additional time will be required to prepare the Defendant's Answer or additional responsive pleadings.

4. Defendant has called plaintiffs counsel to request a Stipulation for an extension of time to answer or otherwise plead, but has not received a return phone call.

5. This is the first extension of time in this case and it does not exceed 30 days.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order granting an extension of time in which to file an Answer or responsive pleading for thirty days, or until April 11, 2008.

Respectfully submitted,

ECKERT SEAMANS
CHERIN & MELLOTT, LLC

By: _____
Albert G. Bixler
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Ph: (215) 851-8412
Fax: (215) 851-8383
   Attorneys for Defendant
   Knights Complete Printing
    Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to Answer or Otherwise Plead was served on plaintiff's counsel on March 11, 2008, by first-class mail at the address below:

Jeffrey G. DiAmico, Esquire
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA  19067

_____
Albert G. Bixler

MO641021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLOBAL PRINTING EQUIPMENT, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 2:07-CV-05385 (TON) |
| KNIGHTS COMPLETE PRINTING SOLUTIONS, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant's Motion for Extension of Time, it is hereby ORDERED that said Motion is GRANTED. Defendant shall have until April 11, 2008, in which to file an Answer or responsive pleading.

BY THE COURT:

_____
J.