UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GLOBAL PRINTING EQUIPMENT, INC., :
:
Plaintiff, :
: CIVIL ACTION
v. :
: NO. 2:07-CV-05385 (TON)
KNIGHTS COMPLETE PRINTING :
SOLUTIONS, INC., :
:
Defendant. :

**ORDER**

AND NOW, this 17 day of March, 2008, upon consideration of Defendant's Motion for Extension of Time, it is hereby ORDERED that said Motion is GRANTED. Defendant shall have until April 11, 2008, in which to file an Answer or responsive pleading.

BY THE COURT:

_____
J.