UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GLOBAL PRINTING EQUIPMENT, INC., PLAINTIFF

V.

KNIGHTS COMPLETE PRINTING SOLUTIONS, INC., DEFENDANTS

Civil Action No: 07 5385

DISCLOSURE STATEMENT FORM

Please check one box:

[x] The nongovernmental corporate party, _KNIGHTS COMPLETE PRINTING_ in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

3/28/2008
Date

_____
Signature

Counsel for: _DEFENDANTS_

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
  (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
    (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
    (2) promptly file a supplemental statement upon any change in the information that the statement requires.