IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 07 5385 _____

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

    I, ____ARNOLD H. LANDIS_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 360929 , for the $40.00 admission fee.

A.    *I state that I am currently admitted to practice in the following state jurisdictions:*

| ILLINOIS | 11 26 74 | 156 8078 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

| U.S. DISTRICT COURT OF ILLINOIS | 12 - 10 - 74 | 156 8078 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*    KNIGHTS COMPLETE PRINTING SOLUTIONS, INC

_____
(Applicant's Signature)

4 2 58
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

77 WEST WASHINGTON STREET, SUITE 702, CHICAGO, ILLINOIS 60602

(312) 236-6268

Sworn and subscribed before me this

3 Day of April , 200 8

_Scott Witner_
Notary Public

"OFFICIAL SEAL"
SCOTT WITMER
Notary Public, State of Illinois
My Commission Expires 12/26/10

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____ARNOLD H. LANDIS_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Albert G. Bixler | | 05/08/1986 | 45639 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

ECKERT SEAMANS CHERIN & MELLOTT, LLC

TWO LIBERTY PLACE, 50 SOUTH 16th STREET, 22nd FLOOR, PHILADELPHIA, PA 19102

Phone: 215-851-8400

Sworn and subscribed before me this

7th Day of April, 2008

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NANCY C. DOUCETTE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 2, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLOBAL PRINTING EQUIPMENT, INC.,           :          CIVIL ACTION
    Plaintiff                                        :
        v.                                             :
                                                   :
KNIGHTS COMPLETE PRINTING                    :
SOLUTIONS, INC.,                                      :          NO.    07 5385

## CERTIFICATE OF SERVICE

    Defendant.

I declare under penalty of perjury that a copy of the application of _____ ARNOLD H. LANDIS _____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Jeffrey G. DiAmico, Esquire, Francis J. Sullivan, Esquire

Hill Wallack LLP,  777 Township Line Road, Suite 250

Yardley, PA  19067


_____
Signature of Attorney

ALBERT G. BIXLER
_____
Name of Attorney

KNIGHTS COMPLETE PRINTING SOLUTIONS, INC
_____
Name of Moving Party

04/07/2008
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLOBAL PRINTING EQUIPMENT, INC., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KNIGHTS COMPLETE PRINTING | : | NO.    07 5385 |
| SOLUTIONS, INC., | : | |

Defendant.                    ORDER

AND NOW, this            Day of                    , 200**8**, it is hereby

ORDERED that the application of ARNOLD H. LANDIS                    , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____