IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLOBAL PRINTING EQUIPMENT, INC., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| KNIGHTS COMPLETE PRINTING SOLUTIONS, INC., | : | NO.  07 5385 |
| Defendant. | | |

ORDER

AND NOW, this _5_ Day of _April_, 2008, it is hereby

ORDERED that the application of  ARNOLD H. LANDIS , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____M. O'Neill_____