HILL WALLACK LLP
Jeffrey G. DiAmico, Esquire
Attorney I. D. No. 84316
777 Township Line Road, Suite 250
Yardley, PA 19067
Ph:   215-579-7700
Fax:  215-579-9248
jgd@hillwallack.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Global Printing Equipment, Inc. 121 Friends Lane Newtown, PA 18940, | : : : : | CIVIL ACTION NO. 07-5385 |
| Plaintiff | : | |
| vs. | : : | |
| Knights Complete Printing Solutions, Inc. 20654 Burl Ct. Joliet, IL 60433, | : : : : | |
| Defendant | : | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED by and between Plaintiff, Global Printing Equipment, Inc. and Defendant, Knights Complete Printing Solutions, Inc., by and through their respective undersigned counsel, that the time within which the Plaintiff, Global Printing Equipment, Inc. shall have to file its Reply or responsive pleading to Defendant's Motion to Dismiss the Action, or Alternatively, to Transfer the Action for Improper Venue shall be extended for thirty days, through and including May 26, 2008.

*(Signature Page Follows)*

| | |
|---|---|
| _____ <br> Jeffrey G. DiAmico, Esquire <br><br> HILL WALLACK LLP <br> 777 Township Line Road, Suite 250 <br> Yardley, PA 19067 <br> Ph: 215-579-7700 <br> Fax: 215-579-9248 <br> jgd@hillwallack.com <br> Attorneys for Plaintiff, <br> Global Printing Equipment, Inc. | _____ <br> Albert G. Bixler, Esquire <br><br> Eckert Seamans Cherin & Mellott, LLC <br> Two Liberty Place <br> 50 South 16th Street, 22nd Floor <br> Philadelphia, PA 19102 <br> Ph: 215-851-8412 <br> Fax: 215-851-8383 <br> Attorneys for Defendant, <br> Knights Complete Printing Solutions, Inc., |

IT IS on this _____ day of _____, 2008, HEREBY ORDERED that the time within which the Plaintiff shall have to file its Reply or responsive pleading to Defendant's Motion to Dismiss the Action, or Alternatively, to Transfer the Action for Improper Venue shall be extended for thirty days, through and including May 26, 2008.

_____
                                                        J.

2

HILL WALLACK LLP
Jeffrey G. DiAmico, Esquire
Attorney I. D. No. 84316
777 Township Line Road, Suite 250
Yardley, PA 19067
Ph:   215-579-7700
Fax:  215-579-9248
jgd@hillwallack.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Global Printing Equipment, Inc.<br>121 Friends Lane<br>Newtown, PA 18940,<br>          Plaintiff<br>vs.<br><br>Knights Complete Printing Solutions, Inc.<br>20654 Burl Ct.<br>Joliet, IL 60433,<br>          Defendant | : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 07-5385 |

### CERTIFICATION OF SERVICE UPON COUNSEL

It is hereby certified by the undersigned counsel for Plaintiff, Global Printing Equipment, Inc. that he served a true and correct copy of Global Printing, Equipment Inc.'s Stipulation to Extend Time and this Certification of Service Upon Counsel via First Class Mail, on the date below, upon the following:

Albert G. Bixler
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA  19102
Tele: 215.851.8412

Arnold H. Landis
Law Office of Arnold H. Landis
77 West Washington, #702
Chicago, Illinois  60602
Tele: 312.236.6268

Date:  April 23, 2008

_____
Jeffrey G. DiAmico, Esq.
Attorney for Plaintiff,
Global Printing Equipment, Inc.