HILL WALLACK LLP
Jeffrey G. DiAmico, Esquire
Attorney I. D. No. 84316
777 Township Line Road, Suite 250
Yardley, PA 19067
Ph:   215-579-7700
Fax:  215-579-9248
jgd@hillwallack.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Global Printing Equipment, Inc. | : | CIVIL ACTION |
| 121 Friends Lane | : | |
| Newtown, PA 18940, | : | NO. 07-5385 |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| Knights Complete Printing Solutions, Inc. | : | |
| 20654 Burl Ct. | : | |
| Joliet, IL 60433, | : | |
| Defendant | : | |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by and between Plaintiff, Global Printing Equipment, Inc. and Defendant, Knights Complete Printing Solutions, Inc., by and through their respective undersigned counsel, that the time within which the Plaintiff, Global Printing Equipment, Inc. shall have to file its Reply or responsive pleading to Defendant's Motion to Dismiss the Action, or Alternatively, to Transfer the Action for Improper Venue shall be extended for thirty days, through and including May 26, 2008.

*(Signature Page Follows)*

_____
Jeffrey G. DiAmico, Esquire
HILL WALLACK LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Ph: 215-579-7700
Fax: 215-579-9248
jgd@hillwallack.com
Attorneys for Plaintiff,
Global Printing Equipment, Inc.

_____
Albert G. Bixler, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Ph: 215-851-8412
Fax: 215-851-8383
Attorneys for Defendant,
Knights Complete Printing Solutions, Inc.,

IT IS on this ____ day of _____, 2008, HEREBY ORDERED that the time within which the Plaintiff shall have to file its Reply or responsive pleading to Defendant's Motion to Dismiss the Action, or Alternatively, to Transfer the Action for Improper Venue shall be extended for thirty days, through and including May 26, 2008.

_____
                                        J.

2