HILL WALLACK LLP
Jeffrey G. DiAmico, Esquire
Attorney I. D. No. 84316
777 Township Line Road, Suite 250
Yardley, PA 19067
Ph:   215-579-7700
Fax:  215-579-9248
jgd@hillwallack.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Global Printing Equipment, Inc., | : | CIVIL ACTION |
| Plaintiff | : | NO. 07-5385 |
| vs. | : | |
| Knights Complete Printing Solutions, Inc., | : | |
| Defendant | : | |

## STIPULATION TO TRANSFER VENUE

IT IS HEREBY STIPULATED by and between Plaintiff, Global Printing Equipment, Inc. and Defendant, Knights Complete Printing Solutions, Inc., by and through their respective undersigned counsel, that the above-captioned litigation be transferred to The United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §1404.

| | |
|---|---|
| /s/ Jeffrey G. DiAmico | /s/ Albert G. Bixler |
| Jeffrey G. DiAmico, Esquire | Albert G. Bixler, Esquire |
| HILL WALLACK LLP | Eckert Seamans Cherin & Mellott, LLC |
| 777 Township Line Road, Suite 250 | Two Liberty Place |
| Yardley, PA 19067 | 50 South 16th Street, 22nd Floor |
| Ph: 215-579-7700 | Philadelphia, PA 19102 |
| jgd@hillwallack.com | Ph: 215-851-8412 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| Global Printing Equipment, Inc. | Knights Complete Printing Solutions, Inc., |

IT IS on this _____ day of _____, 2008, HEREBY ORDERED that the above-captioned litigation be transferred to The United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §1404.

_____
J.