HILL WALLACK LLP
Jeffrey G. DiAmico, Esquire
Attorney I. D. No. 84316
777 Township Line Road, Suite 250
Yardley, PA 19067
Ph:   215-579-7700
Fax:  215-579-9248
jgd@hillwallack.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Global Printing Equipment, Inc., : CIVIL ACTION
          Plaintiff : NO. 07-5385
  vs. :
 :
Knights Complete Printing Solutions, Inc., :
          Defendant :

**CERTIFICATION OF SERVICE UPON COUNSEL**

It is hereby certified by the undersigned counsel for Plaintiff, Global Printing Equipment, Inc. that he served a true and correct copy of Global Printing, Equipment Inc.'s Stipulation to Transfer Venue and this Certification of Service Upon Counsel via First Class Mail, on the date below, upon the following:

Albert G. Bixler
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA  19102
Tele: 215.851.8412

Arnold H. Landis
Law Office of Arnold H. Landis
77 West Washington, #702
Chicago, Illinois  60602
Tele: 312.236.6268

Date: May 23, 2008

Jeffrey G. DiAmico, Esq.
Attorney for Plaintiff,
Global Printing Equipment, Inc.