HILL WALLACK LLP
Jeffrey G. DiAmico, Esquire
Attorney I. D. No. 84316
777 Township Line Road, Suite 250
Yardley, PA 19067
Ph:   215-579-7700
Fax:  215-579-9248
jgd@hillwallack.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Global Printing Equipment, Inc., | : | CIVIL ACTION |
| Plaintiff | : | NO. 07-5385 |
| vs. | : | |
| | : | |
| Knights Complete Printing Solutions, Inc., | : | |
| Defendant | : | |

**STIPULATION TO TRANSFER VENUE**

IT IS HEREBY STIPULATED by and between Plaintiff, Global Printing Equipment, Inc. and Defendant, Knights Complete Printing Solutions, Inc., by and through their respective undersigned counsel, that the above-captioned litigation be transferred to The United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §1404.

Jeffrey G. DiAmico, Esquire
HILL WALLACK LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Ph: 215-579-7700
jgd@hillwallack.com
Attorneys for Plaintiff,
Global Printing Equipment, Inc.

Albert G. Bixler, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Ph: 215-851-8412
Attorneys for Defendant,
Knights Complete Printing Solutions, Inc.,

IT IS on this 27 day of May , 2008, HEREBY ORDERED that the above-captioned litigation be transferred to The United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §1404.

_____
J.