STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:07–cv–05385–TON

| | |
|---|---|
| GLOBAL PRINTING EQUIPMENT, INC. v. KNIGHTS COMPLETE PRINTING SOLUTIONS, INC.<br>Assigned to: HONORABLE THOMAS N. ONEILL, JR<br>Cause: 28:1332 Diversity–Breach of Contract | Date Filed: 12/21/2007<br>Jury Demand: None<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **GLOBAL PRINTING EQUIPMENT, INC.** | represented by | **FRANCIS J. SULLIVAN**<br>HILL WALLACK LLP<br>777 TOWNSHIP LINE RD SUITE 250<br>YARDLEY, PA 19067<br>215–579–7700<br>Fax: 215–579–9248<br>Email: fjs@hillwallack.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**JEFFREY G. DIAMICO**<br>HILL WALLACK LLP<br>777 TOWNSHIP LINE RD SUITE 250<br>YARDLEY, PA 19067<br>215–579–7700<br>Fax: 215–579–9248<br>Email: jgd@hillwallack.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **KNIGHTS COMPLETE PRINTING SOLUTIONS, INC.** | represented by | **ARNOLD H. LANDIS**<br>LAW OFFICES OF ARNOLD H. LANDIS<br>77 WEST WASHINGTON STREET<br>SUITE 702<br>CHICAGO, IL 60602<br>312/236–6268<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**ALBERT G. BIXLER**<br>ECKERT SEAMANS CHERIN &MELLOTT LLC<br>TWO LIBERTY PLACE 22ND FLOOR<br>50 SOUTH 16TH STREET<br>PHILADELPHIA, PA 19102<br>215–851–8412<br>Email: abixler@eckertseamans.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2007 | Ï 1 | COMPLAINT against KNIGHTS COMPLETE PRINTING SOLUTIONS, INC. ( Filing fee $ 350 receipt number 944607.), filed by GLOBAL PRINTING EQUIPMENT, INC..(cw, ) (Entered: 12/21/2007) |
| 12/21/2007 | Ï | Summons Issued as to KNIGHTS COMPLETE PRINTING SOLUTIONS, INC.. One Given To: Counsel on 12/21/07 (cw, ) (Entered: 12/21/2007) |
| 12/21/2007 | Ï 2 | Disclosure Statement Form pursuant to FRCP 7.1 by GLOBAL PRINTING EQUIPMENT, INC..(cw, ) (Entered: 12/21/2007) |
| 03/06/2008 | Ï 3 | SUMMONS RETURNED EXECUTED RE: Service by Sean Reilly re: served Summons and Complaint upon Sharon Knight by hand delivery on February 20, 2008, ANSWER DUE 3/11/08. (SULLIVAN, FRANCIS) Modified on 3/10/2008 (afm, ). (Entered: 03/06/2008) |
| 03/07/2008 | Ï | ***Update Answer Deadline (afm, ) (Entered: 03/10/2008) |
| 03/11/2008 | Ï 4 | NOTICE of Appearance by ALBERT G. BIXLER on behalf of KNIGHTS COMPLETE PRINTING SOLUTIONS, INC. with Certificate of Service(BIXLER, ALBERT) (Entered: 03/11/2008) |
| 03/11/2008 | Ï 5 | MOTION for Extension of Time to File Answer *or Otherwise Plead* filed by KNIGHTS COMPLETE PRINTING SOLUTIONS, INC..Certificate of Service. (Attachments: # 1 Text of Proposed Order)(BIXLER, ALBERT) (Entered: 03/11/2008) |
| 03/17/2008 | Ï 6 | ORDER THAT DEFT'S MOTION FOR EXTENSION OF TIME IS GRANTED. DEFT SHALL HAVE UNTIL 4/11/2008 IN WHICH TO FILE AN ANSWER OR RESPONSIVE PLEADING. SIGNED BY HONORABLE THOMAS N. ONEILL, JR ON 3/17/08. 3/17/08 ENTERED AND COPIES E–MAILED.(kw, ) (Entered: 03/17/2008) |
| 04/01/2008 | Ï 7 | Disclosure Statement Form pursuant to FRCP 7.1 by KNIGHTS COMPLETE PRINTING SOLUTIONS, INC.(nda) (Entered: 04/01/2008) |
| 04/07/2008 | Ï 8 | APPLICATION for admission of ARNOLD H. LANDIS, ESQ. to appear pro hac vice, Statement, Certificate of Service, filed by DEFT KNIGHTS COMPLETE PRINTING SOLUTIONS, INC. (kw, ) (Additional attachment(s) added on 4/8/2008: # 1 Proposed Order) (kw, ). (Entered: 04/08/2008) |
| 04/09/2008 | Ï 9 | ORDER THAT APPLICATION OF ARNOLD H. LANDIS, ESQ., TO PRACTICE IN THIS COURT PURSUANT TO L.R.C.P. 83.5.2(b) IS GRANTED. SIGNED BY HONORABLE THOMAS N. ONEILL, JR ON 4/8/08. 4/9/08 ENTERED AND COPIES MAILED AND E–MAILED.(kw, ) (Entered: 04/09/2008) |
| 04/11/2008 | ï 10 | MOTION to Dismiss *the Action, or Alternatively, to Transfer the Action for Improper Venue* filed by KNIGHTS COMPLETE PRINTING SOLUTIONS, INC..Memorandum of Law, Affidavit, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2)(BIXLER, ALBERT) (Entered: 04/11/2008) |
| 04/23/2008 | ï 11 | STIPULATION *to Extend Time and Certificate of Service* by GLOBAL PRINTING EQUIPMENT, INC.. (DIAMICO, JEFFREY) (FILED IN ERROR BY ATTORNEY; COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 4/24/2008 (nd). (Entered: 04/23/2008) |
| 04/24/2008 | ï 12 | STIPULATION AND ORDER THAT THE TIME WITHIN WHICH PLFF SHALL HAVE TO FILE ITS REPLY OR RESPONSIVE PLEADING TO DEFT'S MOTION TO DISMISS THE ACTION, OR ALTERNATIVELY, TO TRANSFER THE ACTION FOR IMPROPER VENUE |

| | | |
|---|---|---|
| | | SHALL BE EXTENDED FOR THIRTY DAYS, THROUGH &INCLUDING 5/26/2008. SIGNED BY HONORABLE THOMAS N. ONEILL, JR ON 4/24/08. 4/24/08 ENTERED AND COPIES MAILED AND E–MAILED.(kw, ) (Entered: 04/24/2008) |
| 05/23/2008 | 13 | STIPULATION *to Transfer Venue* by GLOBAL PRINTING EQUIPMENT, INC., KNIGHTS COMPLETE PRINTING SOLUTIONS, INC.. (DIAMICO, JEFFREY) (Entered: 05/23/2008) |
| 05/23/2008 | 14 | CERTIFICATE OF SERVICE by GLOBAL PRINTING EQUIPMENT, INC. re 13 Stipulation *to Transfer Venue* (DIAMICO, JEFFREY) (Entered: 05/23/2008) |
| 05/27/2008 | 15 | STIPULATION AND ORDER THAT THE ABOVE–CAPTIONED LITIGATION BE TRANSFERRED TO THE US.D.C. FOR THE NORTHERN DISTRICT OF ILLINOIS, PURSUANT TO 28 U.S.C. SEC. 1404. SIGNED BY HONORABLE THOMAS N. ONEILL, JR ON 5/27/08. 5/27/08 ENTERED AND COPIES E–MAILED.(kw, ) (Entered: 05/27/2008) |