IN THE UNITED STATES DISTRCT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Global Printing Equipment, Inc., | : | |
| | : | |
| Plaintiff | : | Civil Action |
| | : | No.  08-cv-03120 |
| vs. | : | |
| | : | |
| Knights Complete Printing Solutions, Inc. | : | |
| | : | |
| Defendant. | : | |
| | : | |

### MOTION OF KNIGHTS COMPLETE PRINTING SOLUTIONS, INC. TO PERMIT WITHDRAWAL OF ALBERT G. BIXLER, ESQUIRE, AS COUNSEL

Defendant, Knights Complete Printing Solutions, Inc. ("Defendant"), hereby moves to withdraw the appearance of Albert G. Bixler as an attorney of record in this action and in support thereof states:

1. On or about December 21, 2007, Plaintiff commenced this action alleging breach of contract and conversion.

2. On May 23, 2008, the parties jointly stipulated to transfer venue to the Northern District of Illinois.  The name of Illinois counsel, Arnold H. Landis, Esquire, of the Law Office of Arnold H. Landis in Chicago, Illinois, also appeared on the notice of transfer as counsel for Defendant.

3. Mr. Bixler, a member of the law firm of Eckert Seamons Cherin & Mellott, LLC, in Philadelphia, Pennsylvania, is licensed to practice law in Pennsylvania.  He is not licensed to practice law in Illinois, nor is he admitted *pro hac vice* in this action.

4. Arnold H. Landis, Esquire, of Law Office of Arnold H. Landis in Chicago, Illinois, is admitted to practice before this Court, has been and shall remain attorney of record for Defendant Knights in this action.

5. Permitting Mr. Bixler to withdraw as counsel for Defendant will not jeopardize Defendant's case or otherwise negatively impact Defendant's legal representation in this case, nor will it result in any delay or other circumstances causing prejudice to any other party.

6. Defendant desires to have Mr. Bixler withdraw his appearance before this court at this time and to have Mr. Landis continue to serve as attorney of record for Defendant.

WHEREFORE, Defendant Knights Complete Printing Solutions, Inc. respectfully requests that Mr. Bixler be permitted to withdraw his appearance as attorney for defendant in this action.

> Respectfully submitted,
> Knights Complete Printing Solutions, Inc.
>
>
> By:___/s/_____
>        Arnold H. Landis, its attorney

Arnold H. Landis
Law Office of Arnold H. Landis, P.C.
77 W. Washington St., Ste. 702
Chicago, IL 60602
Ph: 312-236-6268
Fax: 312-236-6269