U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: **08-CV-03120**

**GLOBAL PRINTING EQUIPMENT, INC.**
**V.**
**KNIGHTS COMPLETE PRINTING SOLUTIONS, INC.**


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**KNIGHTS COMPLETE PRINTING SOLUTIONS, INC.**


**NAME (Type or print)**
ARNOLD H. LANDIS

**SIGNATURE (Use electronic signature if the appearance form is filed electronically)**
s/Arnold H. Landis

**FIRM**
LAW OFFICES OF ARNOLD H. LANDIS, P.C.

**STREET ADDRESS**
77 W. WASHINGTON ST., STE. 702

**CITY/STATE/ZIP**
CHICAGO, ILLINOIS 60602

**ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**           **TELEPHONE NUMBER**
1568078                                               312-236-6268

**ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?**        X YES        NO

**ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?**       YES        X NO

**ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?**         X YES        NO

**IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  X YES     NO**

**IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**
        RETAINED COUNSEL                          APPOINTED COUNSEL