IN THE UNITED STATES DISTRCT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Global Printing Equipment, Inc., | : | |
| Plaintiff | : | Civil Action |
| | : | No. 08-cv-03120 |
| vs. | : | |
| Knights Complete Printing Solutions, Inc. | : | |
| Defendant. | : | |

## NOTICE OF MOTION

TO:    Albert G. Bixler                           Francis J. Sullivan
       Eckert Seamans Chernin & Mellott           Jeffrey G. Diamico
       Two Liberty Place 22nd Floor          Hill Wallack LLP
       50 S. 16th Street                     777 Township Line Rd., Ste. 250
       Philadelphia, PA 19102                     Newton, PA 18940
       Fax: 215.851.8383                          Fax: 215.579.9248

       Darrell J. Graham
       dgraham@djgrahamlaw.com

PLEASE TAKE NOTICE that on the 13th day of August, 2008 at 11:00a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge William T. Hart, presiding in courtroom 2243, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the foregoing Motion to Vacate Default and for Leave to Plead to Complaint and Motion to Permit Withdrawal of Albert G. Bixler, Esquire, as Counsel, a true and correct copy of which is attached hereto and served upon you herewith.

___/s/Arnold H. Landis_____
Arnold Landis, attorney for plaintiff

PROOF OF SERVICE

The undersigned states that he served a copy of the foregoing motions to the attorneys of record at their proper addresses by facsimile, by depositing the same in a first class postage envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on August 11, 2008, before the hour of 5:00 p.m. and by the ECF filing system.

Arnold H. Landis
Law Office of Arnold H. Landis, P.C.
77 W. Washington St., Ste. 702
Chicago, IL 60602

Ph: 312-236-6268