# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3120 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Global Printing Equipment, Inc. Vs. Knights Complete Printing Solutions, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to permit the withdrawal of Albert G. Bixler as counsel for defendant [22] is granted; Arnold H. Landis is given leave to file his appearance as counsel for defendant. Defendant's motion to vacate default and for leave to plead to the complaint [21] is granted. Order of default is vacated; prove-up set for 8.20/2008 is stricken. Defendant is given to 8/27/2008 to answer or otherwise plead. Status hearing set for 9/24/2008 at 11:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|