### IN THE UNITED STATES DISTRCT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Global Printing Equipment, Inc., | : | |
| | : | |
| Plaintiff | : | Civil Action |
| | : | No. 08-cv-03120 |
| vs. | : | |
| | : | |
| Knights Complete Printing Solutions, Inc. | : | |
| | : | |
| Defendant. | : | |
| | : | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE
### DEFENDANT'S ANSWER TO COMPLAINT

Defendant, KNIGHTS COMPLETE PRINTING SOLUTIONS, INC., by its attorney, Law Offices of Arnold H. Landis, requests leave to file its Answer, instanter, to plaintiff's complaint. In support of their motion, Movant states as follows:

1. The answer to the complaint was due August 27, 2008.

2. Due to the press of business and defendant being out of the country, defendant required additional time to prepare defendant's Answer.

WHEREFORE, the defendant prays for an Order granting leave to file its Answer, instanter.

                                                  Respectfully submitted,
                                                  Knights Complete Printing Solutions, Inc.
                                                  By:__/s/ Arnold H. Landis _____
                                                      Arnold H. Landis, its attorney

Arnold H. Landis
Law Offices of Arnold H. Landis, P.C.
77 W. Washington St., Ste. 702
Chicago, IL 60602
(312) 235-6268
Fax: (312) 236-6269