## IN THE UNITED STATES DISTRCT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Global Printing Equipment, Inc., | : | |
| | : | |
| Plaintiff | : | Civil Action |
| | : | No.  08-cv-03120 |
| vs. | : | |
| | : | |
| Knights Complete Printing Solutions, Inc. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF MOTION

TO:   Darrell J. Graham
        dgraham@djgrahamlaw.com

    PLEASE TAKE NOTICE that on the 3rd day of September, 2008 at 11:00a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge  William T. Hart, presiding in  courtroom 2243, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the foregoing Motion for Leave to File Defendant's Answer to Complaint, a true and correct copy of which is attached hereto and served upon you herewith.

                        ___/s/Arnold H. Landis_____
                        Arnold Landis, attorney for plaintiff

## PROOF OF SERVICE

    The undersigned states that he served a copy of the foregoing motions to the attorneys of record at their proper addresses by facsimile, by depositing the same in a first class postage envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on August 29, 2008, before the hour of 5:00 p.m. and by the ECF filing system.

Arnold H. Landis
Law Office of Arnold H. Landis, P.C.
77 W. Washington St., Ste. 702
Chicago, IL 60602