Order Form (01/2005)
Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3120 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Global Printing Equipment, Inc. vs. Knights Complete Printing Solutions, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for leave to file answer to complaint [26] is advanced and granted. Defendant shall answer or otherwise plead by on or before September 3, 2008.

Docketing to mail notices.



| | Courtroom Deputy Initials: | rjm |
|---|---|---|

2008 AUG 33 PM 12: 00

FILED