**IN THE UNITED STATES DISTRCT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Global Printing Equipment, Inc., | : | |
| | : | |
| Plaintiff | : | Civil Action |
| | : | No.  08-cv-03120 |
| vs. | : | |
| | : | |
| Knights Complete Printing Solutions, Inc. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF FILING

TO:    Darrell J. Graham
         dgraham@djgrahamlaw.com

   PLEASE TAKE NOTICE, that on this 3rd day of September, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Defendant's Answer to Plaintiff's Complaint, a copy of which is served upon you.
       .

## PROOF OF SERVICE

   The undersigned states that he served a copy of the foregoing motions to the attorneys of record via the ECF filing system.


                                                                 By: __/s/Arnold H. Landis_____
                                                                 Arnold Landis, attorney for plaintiff

Arnold H. Landis
Law Office of Arnold H. Landis, P.C.
77 W. Washington St., Ste. 702
Chicago, IL 60602
312.236.6268